UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

STACEY FIEDLER,

                                Plaintiff,

           -vs-                                                              13-CV-218C

RECOVERY SPECIALIST GROUP, LLC,
and DOES 1-10, inclusive,

                                Defendants.

---

       Pursuant to Rule 41(b) of the Local Rules of Civil Procedure for the Western District of New York, plaintiff is directed to show cause in writing, within 30 days of the date of this order, why this case should not be dismissed for failure to prosecute. Plaintiff's failure to act accordingly may result in dismissal of this action.

       So ordered.

                                                            \s\ John T. Curtin
                                                            JOHN T. CURTIN
                                                     United States District Judge

Dated: August    14    , 2013
p:\pending\2013\13-218.aug142013otsc